

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. QUANG CHAM DEFENDANT(S). | CASE NUMBER 14-MJ-2516 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defendant_____, IT IS ORDERED that a detention hearing is set for __December 30, 2014_____, _____, at __10:00___ ☒a.m. / ☐p.m. before the Honorable __Jean P. Rosenbluth_____, in Courtroom __827-A_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __12/24/14_____

_____
U.S. ~~District Judge~~/Magistrate Judge